UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT A. LEE,                              )<br>                                                     )<br>           Plaintiff,                       )<br>     v.                                     )   No. 1:05-cv-005-JDT-TAB<br>                                                     )<br>MONROE COUNTY COMMISSIONERS,    )<br>COL. BILL WILSON,                       )<br>STEVE SHARP,                             )<br>MAJOR FULLER,                            )<br>                                                     )<br>           Defendants.                    ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 2/21/2006

Laura Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By: Deputy Clerk

Copies to:

Robert A. Lee
9827 W. Emberwood Dr.
Sun City, AZ   85351

John T. Roy
9001 Wesleyan Road, Suite 110
Indianapolis, IN   46268